U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 10 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSE GILMORE | : | CIVIL ACTION NO.: |
| | | 1:06CV01509(LEAD) |
| | | 1:06CV01510(MEMBER) |
| | | 1:06CV01511(MEMBER) |
| | | 1:06CV01512(MEMBER) |
| | | 1:06CV01561(MEMBER) |
| | | 1:06CV01632(MEMBER) |
| | | 1:06CV01633(MEMBER) |
| | | 1:06CV01634(MEMBER) |
| VERSUS | : | JUDGE TRIMBLE |
| RICHARD STALDER, ET AL. | : | MAGISTRATE JUDGE KIRK |

### PROPOSED ORDER ALLOWING DEFENDANTS' TO DEPOSE PLAINTIFFS WHO ARE IMPRISONED

Based on the foregoing motion of Defendants;

**IT IS ORDERED THAT** Defendants, **RICHARD STALDER (in his official capacity), WARDEN T.W. THOMPSON, MAJOR BRAD ROGERS, SERGEANT LOUIS EDWARDS, DEPUTY MAZZO, SERGEANT MICHAEL McDANIELS, and LIEUTENANT ROBERT FUTTREL,** are granted leave to depose the plaintiffs herein who are currently incarcerated in prison, namely, Peter Stewart, Gregory Cummings, Thomas Hall, Dexter Vassar, Chris Trahan, and Alexander Williams, as well as Ivan Smith, who is a fugitive from justice but may be incarcerated by the time of his deposition.

Signed on the 10th day of December, 2007, in Alexandria, Louisiana.

_____
JUDGE
JAMES D. KIRK
United States Magistrate Judge